IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EMMA HANNAH                                                                                    PETITIONER

V.                                                                                       NO. 1:07CV288-M-D

MARGARET BINGHAM, et al.                                                                RESPONDENTS

## FINAL JUDGMENT

The Petitioner filed this matter pursuant to 28 U.S.C. § 2254 challenging her state court conviction and sentence. Following the State's response to the habeas petition, Magistrate Judge Jerry A. Davis recommended that the Petitioner's claims be dismissed for failure to exhaust or in the alternative the claims have no merit. On May 8, 2009, the Petitioner filed Objections to the Report and Recommendation.

The court, thus, finds that the Petitioner's arguments are not well-taken and that the objections should be overruled for the reasons stated in the Report and Recommendation, which the court approves and adopts as its opinion.

THEREFORE, it is hereby ORDERED that

(1) Petitioner's objections to the Report and Recommendation of the United States Magistrate Judge are OVERRULED;

(2) the Report and Recommendation is APPROVED and ADOPTED as the opinion of this court; and

(3) the Petition is DISMISSED with prejudice; and

(4) this matter is CLOSED..

SO ORDERED, this the 12th day of June, 2009.

/s/ MICHAEL P. MILLS
CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI